UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. FLORES, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-00702-DAD-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　Plaintiff, Joshua Davis Bland, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #6 on December 5, 2019 at 10:00 a.m. The transportation order, as well as the order setting the procedures for the settlement conference, will be issued in due course.

　　　In accordance with the above, IT IS HEREBY ORDERED that a settlement conference has been set for December 5, 2019 at 10:00 a.m. in Courtroom #6 before Magistrate Judge Jeremy D. Peterson at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721.

IT IS SO ORDERED.

　　Dated:　**October 16, 2019**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE