UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>Plaintiff,<br><br>v.<br><br>D. BADGER, et al.<br><br>Defendants. | 1:19-cv-00702-DAD-EPG (PC)<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO MODIFY THE ORDERS AND DATES SET FORTH IN ECF NOS. 19 AND 20<br><br>(ECF No. 28) |

On November 20, 2019, Defendants filed a motion seeking to modify the dates set by the Court for initial disclosures, for the mandatory scheduling conference, and for a settlement conference (ECF No. 28). Defendants sought modification of these dates because the findings and recommendations recommending that this case proceed on certain claims against Defendants M. Flores and M. Stane had not yet been adopted by the District Court. (*See id.*) Because the District Court has now issued an order adopting the findings and recommendations (ECF No. 31), Defendants' motion will be denied as moot.

IT IS ORDERED that Defendants' motion to modify the orders and dates set forth in ECF Nos. 19 and 20 (ECF No. 28) is DENIED as moot.

IT IS SO ORDERED.

Dated: **November 25, 2019**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1