IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA DAVIS BLAND,** | 1:19-cv-00702-DAD-EPG (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME AND VACATING SCHEDULING CONFERENCE** |
| v. | |
| **D. BADGER, et al.,** | **(ECF No. 41)** |
| Defendants. | |

Before the Court is Defendants' request for an extension of time (ECF No. 41) in which Defendants seek additional time to file a response to Plaintiff's "Exigent Notice to the Court of Pltf.'s Rescinding & Revoking his Signature(s) Under Necessity" (ECF No. 36), and "2d Notice of Pltf.'s Revoking & Rescinding His Signature(s) from Any Settlement Document(s)" (ECF No. 37). The Court finds good cause for and will accordingly grant the requested extension of time. The Court will also vacate the scheduling conference, to be reset if needed, following resolution of Plaintiff's requests to withdraw from the settlement agreement.

IT IS ORDERED that Defendants' motion for extension of time (ECF No. 41) is GRANTED. Defendants' shall file their response to Plaintiffs' notices (ECF Nos. 36, 37) on or before **January 16, 2020.**

1

IT IS FURTHER ORDERED that the scheduling conference, currently set for January 15, 2020, is VACATED, to be reset if needed following resolution of Plaintiff's requests to withdraw from the settlement agreement.

IT IS SO ORDERED.

Dated: **January 2, 2020**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE